AO 442 (Rev. 11/11) (modified) Arrest Warrant

HSI
11498292

FILED

# UNITED STATES DISTRICT COURT

### for the

DEC 02 2022

USMS SACRAMENTO RCVD
NOV 29 2022 AM 8:17

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Eastern   District of   California

United States of America
v.

LOUIS MENDONSA

_____
*Defendant*

)
)
)
)
)
)
)

Case No.   2:22-mj-161-AC

UNSEALED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LOUIS MENDONSA                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Date:  November 28, 2022

_____
*Issuing officer's signature*

City and state:   Sacramento, California

Allison Claire, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/29/22 , and the person was arrested on *(date)* 11/29/22 at *(city and state)* _____ . |

Date:  11/30/22

For HSI

_____
*Arresting officer's signature*

SDUSM   A. Yao
, United States Magistrate Judge
*Printed name and title*